IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MOORE EYE CARE, P.C.<br><br>v.<br><br>KAKARLA V. CHALAM, M.D. | CIVIL ACTION<br><br>NO. 20-5943 |
|---|---|

### ORDER RE: MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER

**AND NOW**, on this 15th day of December, 2021, after careful consideration of Plaintiff's Motion to Compel (ECF 20) and Defendant's Motion for Protective Order (ECF 22), it is hereby **ORDERED** that both Motions are **GRANTED** in part and **DENIED** in part.

1. Within seven (7) days, defense counsel shall give Plaintiff's counsel an update of representations as to compliance with the Court's rulings made at the hearing in terms of Defendant's production of non-privileged documents.

2. Within thirty (30) days, defense counsel shall have followed up on the assertions on the privilege logs and checking with other counsel for Defendant to be sure that their production of documents, all of which defense counsel has asserted are in his possession, satisfy the Court's discovery requirements.

3. The Court will grant a protective order as to discovery of any peer review privileged proceedings as to Defendant in any state. Third parties that have received subpoenas are not required to comply.

4. However, Defendant himself shall be required to disclose any proceedings which resulted in his practice privileges being "denied, revoked, suspended, or restricted by a hospital or any healthcare facility" unless specifically already mentioned in the Written Explanation or

1

any other written disclosures to Plaintiff.

     5.     The Court did not intend to and is not or will not rule on any merits of the case or the defenses. The Court will also issue a revised schedule as follows:

    1).     Conclusion of discovery – **January 30, 2022**

    2).     Dispositive motions – **February 28, 2022**

    3.)     Pretrial memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

       Plaintiff: **March 15, 2022**

       Defendant: **March 30, 2022**

    4.)     Trial pool: **April 15, 2022**

    5.)     Magistrate Judge David Strawbridge will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference, etc.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-5943 Moore Eye Care v Chalam\20cv5943 Order re Motion to Compel and Motion for Protective Order.docx