IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **MOORE EYE CARE, P.C.** <br><br> **v.** <br><br> **KAKARLA V. CHALAM, M.D.** | **CIVIL ACTION** <br><br> **NO. 20-5943** |
|---|---|

### ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT

**AND NOW**, on this 29th day of June, 2022, for the reasons stated in the foregoing Memorandum and after careful consideration of Defendant Kakarla V. Chalam, M.D.'s Motion for Summary Judgment (ECF 71) and Plaintiff Moore Eye Care, P.C.'s Motion for Partial Summary Judgment (ECF 73), Plaintiff's (ECF 94) and Defendant's (ECF 81) Responses, and Plaintiff's Reply (ECF 90), it is hereby **ORDERED** that both Motions are **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 20\20-5943 Moore Eye Care v Chalam\20cv5943 Order re Cross-Motions for SJ.docx